UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              25-mj-162 M. FARUQUI

KRISTAL RIOS ESQUIVEL

EMERGENCY MOTION FOR RELEASE

H. Heather Shaner, appointed by the Court, now Moves this Honorable Court for Emergency Intervention by the Court to effectuate the release of the defendant.

At 7:30 AM counsel received a call from the defendant who continues to be located at CTF D.C. Department of Corrections. Counsel has been unable to effectuate her release.

The Supervisor at the Records Office, Ms. Perkins, 202 523 7060, indicates she cannot release the defendant because there is a "hit" on the WALES criminal system indicating there is an outstanding warrant for her arrest dated 8-22-2025.

Pretrial services indicates that warrant was executed in D.C. Superior Court and the defendant was thereafter TOT'ed to U.S. District Court. PreTrial indicates there no other warrants.

The United States Marshal in U.S. District Court says they cannot remove a Superior Court Warrant from WALES. The US Marshal in D.C. Superior Court referred me to D.C. MPD.

AUSA Nestor has been informed of the problem.

At this time Ms. Rios Esquivel remains incarcerated at DC DOC DCDC 394869 in contravention of the Court's release Order.

HELP!!!!

Respectfully submitted,

/hhs/

_____

H. Heather Shaner  #273276
Appointed by the Court
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com